IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 4:01CR00627-CWH(9) |
| | ) | |
| vs. | ) | ORDER REDUCING |
| | ) | TERM OF IMPRISONMENT |
| JOHNNY LEE GORE, | ) | |
| a/k/a Manager | ) | |

This matter comes before the Court on motion of the defendant, Johnny Lee Gore, through his attorney, Assistant Federal Public Defender William Nettles, IV, and with the consent of Assistant United States Attorney A. Bradley Parham for a reduction of the defendant's term of imprisonment. The defendant is subject to a reduced sentencing range pursuant to 18 U.S.C.§ 3582(c) and the amended guideline range issued by the United States Sentencing Commission effective November 1, 2014. This amended guideline is made retroactive pursuant to Amendment 782.

Pursuant to United States Sentencing Guideline §1B1.10(e), the effective date of the sentencing reduction shall be November 1, 2015. Therefore, it is hereby

ORDERED that the previously imposed sentence of 235 months be reduced to 188 months. In the event this sentence is less than the amount of time the defendant already has served, this sentence is reduced to a time served sentence of imprisonment. All other provisions of the judgment dated September 15, 2009 shall remain in effect.

AND IT IS SO ORDERED.

_____
C. WESTON HOUCK
UNITED STATES DISTRICT JUDGE

Charleston, South Carolina

February ___, 2015

I SO MOVE:                                          I CONSENT:

/s/ William F. Nettles, IV,                         _____
Assistant Federal Public Defender                   A. Bradley Parham
401 W. Evans Street, Suite 105                      Assistant United States Attorney
Florence, South Carolina 29501                      401 W. Evans Street, Room 222
Attorney ID #5935                                   Florence, South Carolina 29501